```
 1  ROBERT E. ROSENTHAL (SBN 67343)
    ANDREW B. KREEFT (SBN 126673)
 2  BOHNEN, ROSENTHAL & KREEFT
    787 Munras Avenue, Suite 200
 3  P.O. Box 1111
    Monterey, CA 93942-1111
 4  Telephone:   (831) 649-5551
    Facsimile:   (831) 649-0272
 5
    STEPHAN A. BARBER (SBN 70070)
 6  DANIEL P. MCKINNON (SBN 234749)
    ROPERS, MAJESKI, KOHN & BENTLEY
 7  50 West San Fernando Street, Suite 1400
    San Jose, CA  95113
 8  Telephone:   (408) 287-6262
    Facsimile:   (408) 918-4501
 9  Email: sbarber@rmkb.com

10  Attorneys for Plaintiff
    CYNTHIA SOMMER
```

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SOMMER,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, ROB TERWILLIGER, RICK RENDON, MARK RIDLEY, S.D. ADAMS, JOSE CENTENO, COUNTY OF SAN DIEGO MEDICAL EXAMINER'S OFFICE, GLENN N. WAGNER, COUNTY OF SAN DIEGO DISTRICT ATTORNEY'S OFFICE, BONNIE DUMANIS, LAURA GUNN, and DOES 1 through 100, inclusive,<br>              Defendant. | CASE NO.  09cv2093-WQH (WMC)<br><br>DECLARATION OF CYNTHIA SOMMER IN SUPPORT OF REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THE EARLY NEUTRAL EVALUATION CONFERENCE<br><br>DATE:   3/12/2010<br>TIME:   2:00 P.M.<br>DEPT:   Hon. William McCurine Chambers |

I, CYNTHIA SOMMER, DECLARE:

1. I am the Plaintiff in the above captioned matter. I am a single mother raising four (4) minor children in the State of Michigan. I have just recently reacquired full custody of my children and am in the process of helping them (and myself) adjust to being a family after over three years of separation.

-1-

Case No: 09cv2093-WQH-WMC
DECLARATION OF CYNTHIA SOMMER IN SUPPORT OF REQUEST TO BE EXCUSED FROM PERSONAL

2. Flying to California for the March 12, 2010 Early Neutral Evaluation Conference would present a family and financial hardship upon me.

3. As a result of the difficulty in my obtaining care for my children and the costs of attending, I would request that the Court allow me to be excused from attendance. I believe my circumstances to be "extraordinary" in nature. I will make myself available at all times by telephone to discuss a possible resolution of the case at the Early Neutral Evaluation Conference.

I declare under penalty of perjury that the above is true and correct.

Dated: 2/22/10

*Cynthia Sommer*

-2-

Case No: 09cv2093-WQH-WMC
DECLARATION OF CYNTHIA SOMMER IN SUPPORT OF REQUEST TO BE EXCUSED FROM PERSONAL

## PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of 18 and not a party to the within action; my business address is: 787 Munras Avenue, Suite 200, P.O. Box 1111, Monterey, California 93942.

On this date, I served the foregoing document described as **DECLARATION OF PLAINTIFF IN SUPPORT OF REQUEST TO BE EXCUSED FROM PERSONAL APPEARANCE AT EARLY NEUTRAL EVALUATION CONFERENCE;**, on the interested party(ies) listed below in this action as follows:

**See Attached Service List**

_____ **BY FACSIMILE (CCP §1013e):** The above-referenced document(s) was faxed to the above-listed person(s) and/or place(s) of business at the above-listed fax number(s). The facsimile machine used complies with California Rules of Court, Rule 2003(3), and no error was reported by the machine.

\_\_**X**\_\_ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems send an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

_____ **BY HAND DELIVERY (CCP §1011):** The above-referenced document was hand delivered to the above-listed person(s) and/or place(s) of business.

_____ **BY FEDERAL EXPRESS/EXPRESS MAIL (CCP §1013c):** I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery.

_____ **By e-mail Pursuant to Civil Code §1350.7**, I scanned and emailed correct copies of the above-entitled documents above to _____.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on February _23_, 2010 at Monterey, California.

_/s/ Jackie Kilpatrick_
Jackie Kilpatrick

Stephen A. Barber, Esq
Daniel P. McKinnon, Esq.
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Fax (408) 918-4501
sbarber@rmkb.com
dmckinnon@rmkb.com
Attorneys for Plaintiff Cynthia Sommer


Karen P. Hewitt
Beth A. Clukey
Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Fax (619) 557-5004
Beth.clukey@usdoj.gov
Attorneys for Defendant United States of America


John J. Sansone
Morris G. Hill, Esq.
1600 Pacific Highway, Room 355
San Diego, CA 92101
Fax (619) 531-6005
morris.hill@sdcounty.ca.gov
Attorneys for Defendants Bonnie Dumanis, Laura Gunn and Glenn N. Wagner