UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SOMMER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, ROB TERWILLIGER, RICK RENDON, MARK RIDLEY, S.D. ADAMS, JOSE CENTANO, COUNTY OF SAN DIEGO MEDICAL EXAMINER'S OFFICE, GLENN N. WAGNER, COUNTY OF SAN DIEGO DISTRICT ATTORNEY'S OFFICE, BONNIE DUMANIS, LAURA GUNN, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 09cv2093 WQH (WMc)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On March 12, 2010, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff was Robert Rosenthal, Esq. Appearing for Defendant County of San Diego was Morris Hill, Esq. Appearing for Defendant United States of America was Beth Clukey, Esq.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed on or before ***April 6, 2010***;

2. A discovery plan shall be lodged with Magistrate Judge McCurine's chambers at efile_mccurine@casd.uscourts.gov. on or before ***April 16, 2010.*** Regarding each

witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony.  The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert discovery; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before *April 20, 2010*;

4. A Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b) will be held **TELEPHONICALLY** on **April 26, 2010** at **9:00 a.m. Plaintiff's counsel** shall contact all opposing counsel on the day and at the time indicated above and then initiate a *joint* call to the Court at (619) 557-6624.  **No parties need appear on the telephonic case management conference - Counsel only.**

**IT IS SO ORDERED.**

DATED:   March 15, 2010

_____

Hon. William McCurine, Jr.

U.S. Magistrate Judge, U.S. District Court