# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SOMMER,<br><br>              Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>              Defendants. | CASE NO. 09CV2093-CAB (BGS)<br><br>**ORDER TAXING COSTS** |

Upon application of UNITED STATES OF AMERICA, et al., a hearing for taxation of costs was held on JANUARY 6, 2014. ROBERT E. ROSENTHAL representing plaintiffs, and BETH A. CLUKEY and BRYAN HARINA, representing defendants, appeared telephonically. Defendant's Bill of Costs [159] and [161] and Plaintiff's opposition to Defendant's Bill of Costs [163] have been reviewed.[1] Costs are taxed as follows:

Defendants, Bonnie Dumanis, Laura Gunn and Glenn N. Wagner Bill of Costs [159] requesting costs in the amount of $20,597.45 is reduced to $14,073.05.

//

//

//

---

[1] Defendant's, Bonnie Dumanis, Laura Gunn and Glenn N. Wagner's Bill of Costs [159] was filed on December 16, 2013. Defendant, United States of America, Bill of Costs [161] was filed on December 18, 2013. Plaintiff Cynthia Sommers Opposition to Defendant's Bill of Costs [163] was filed on December 31, 2013.

1. **Defendants' request for costs itemized to *fees of the court reporter* in the amount of *$18,370.99* is <u>reduced to $11,846.59</u> as follows:**

   (a) <u>Inadequate Itemization</u>

   Exhibit B of Defendants' Bill of Costs' contains multiple invoices which were not properly itemized to enable the Clerk to reasonably determine the cost of those depositions. The burden of substantiating taxable costs is on the requesting party. Civ.Loc.R.54.1(a). Therefore, invoices which were not properly itemized do not make the specific showing required by the Local Rules must be denied.

   (b) <u>Non-Taxable Costs</u>

   Exhibit B of Defendants' Bill of Costs' contains multiple invoices that include fees for expedited processing. The Local Rules of this District do not allow for taxation of costs incurred for expedited processing. Civ.Loc.R.54.1(b)(3). Next, Defendants' Bill of Costs' include fees incurred for production of additional transcript formats (*ASCII Files, Mini Script files, Rough Drafts*). Finally, other deposition services (*Expedited and Federal Express delivery of transcript to counsel and witness*) that are not allowed under the local rules. Therefore, invoices containing non-taxable costs are reduced accordingly.   (c) <u>Videotape Depositions</u>

   Defendant requests costs in the amount of $813.50 for videographer services, re: *Cynthia Sommer*. Pursuant to Civ. LR 54.1(b)(3)(b), when both video and stenographic depositions are taken, both will be allowed as costs ONLY when the video deposition is used in trial. The Clerk cannot ascertain from Defendants' affidavits and exhibits whether this requirement has been met. Therefore, all costs associated with the production of video transcripts for *Cynthia Sommer* must be denied.

2. **Defendants' request for costs itemized to *fees for exemplification and copies necessarily obtained for use in the case* in the amount of *$2,226.46* is <u>Granted</u>.**

| Description | Amount(s) Requested | Amount(s) Taxed |
|---|---|---|
| | | |

| | | |
|---|---:|---:|
| 1.   Fees of the court reporter | $18,370.99 | $11,846.59 |
| 2.   Fees for exemplification and copies | $2,226.46 | $2,226.46 |
| ***TOTAL COSTS TAXED*** in favor of **Bonnie Dumanis, Laura Gunn and Glenn N. Wagner**. | **$20,597.45** | **$14,073.05** |

**Defendant, United States of America, Bill of Costs [161] requesting costs in the amount of $37,463.61 is reduced to $26,143.31 as follows:**

1. **Defendants' request for costs itemized to *fees for service of summons and subpoena* in the amount of *$1,447.87* is reduced to $1,247.83 as follows:**

    (a)   Non-Taxable Costs

    Exhibit A of Defendants' Bill of Costs' contains multiple invoices seeking recovery of fees for electronic processing, set-up and scanning of duplicate sets of documents for retention as deposition officer.  Recovery of such fees is not allowed under the local rules.  Therefore, invoices containing non-taxable costs are reduced accordingly.

2. **Defendants' request for costs itemized to *fees and disbursements for printing* in the amount of *$3,036.03* is reduced to $1,235.19 as follows:**

    (a)   Non-Taxable Costs

    Exhibit B of Defendants' Bill of Costs' contains multiple invoices which include fees for electronic processing (*extract emails & attachments/ocr, duplicate data on DVD-Rom, production of CD Rom*), electronic research, fees advanced plus 10% service charge for document production, and shipping and handling fees to back to counsel or witnesses.  Recovery of such fees is not allowed under the local rules.  Therefore, invoices containing non-taxable costs are reduced accordingly.

3. **Defendants' request for costs itemized to *fees for exemplification and copies necessarily obtained for use in the case* in the amount of *$2,423.70* is Granted.**

4. **Defendants' request for costs itemized to *fees for other costs*  (*should have been classified as Fees for printed or electrically recorded transcripts necessarily obtained for use in the case*) in the amount of *$30,556.01* is reduced to $21,236.59 as follows:**

(a) <u>Non-Taxable Costs</u>

Exhibit D of Defendants' Bill of Costs' contains multiple invoices which include fees for electronic processing (*extract emails & attachments/ocr, duplicate data on DVD-Rom, production of CD Rom*), electronic research, shipping and handling fees to back to counsel or witnesses. Recovery of such fees is not allowed under the local rules. Therefore, invoices containing non-taxable costs are reduced accordingly.

(b) <u>Excessive Fees</u>

Exhibit D of Defendants' Bill of Costs' contains multiple invoices seeking recovery of fees which exceed the statutorily allowable rate for the production of deposition transcripts. Excess costs associated with the production of transcripts exceeding the prevailing rate is not allowed under the local rules. Therefore, invoices containing fees which exceed the statutorily allowable rate are reduced accordingly.

(c) <u>Videotape Depositions</u>

Defendant requests costs in the amount of $2,012.40 for videographer services, re: *Cynthia Sommer*. Pursuant to Civ. LR 54.1(b)(3)(b), when both video and stenographic depositions are taken, both will be allowed as costs ONLY when the video deposition is used in trial. The Clerk cannot ascertain from Defendants' affidavits and exhibits whether this requirement has been met. Therefore, all costs associated with the production of video transcripts for *Cynthia Sommer* must be denied.

| *Description* | *Amount(s) Requested* | *Amount(s) Taxed* |
|---|---|---|
| 1. Fees for service of summons and subpoenas | $1,447.87 | $1,247.83 |
| 2. Fees and disbursements for printing | $3,036.03 | $1,235.19 |
| 3. Fees for exemplification and copies | $2,423.70 | $2,423.70 |
| 4. Other costs as itemized: | $30,556.01 | $21,236.59 |
| <u>**TOTAL COSTS TAXED**</u> in favor of **UNITED STATES OF AMERICA**. | **$37,463.61** | **$26,143.31** |

1     Counsel's attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), FRCivP and Local Rule 7.1, shall be served and filed within seven (7) days after receipt of the Order Taxing Costs, or unless within the seven (7) day period the court permits the motion to be made orally.

Dated: September 30, 2014

John Morrill, Clerk of Court

/s/ Laura Barkins
**LAURA BARKINS**,
Assistant Supervisor

cc:    All Parties