# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 19 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Cynthia Sommer )
)
vs. )
)                               CASE NO. 09-cv-2093-CAB(BGS)
)
)                               **PRAECIPE**
United States of America, et al. )
)

TO THE CLERK:

Please certify the attached Abstract of Judgment

PARTY NAMED ON THE ABSTRACT OF JUDGMENT:

Judgment Debtor: Cynthia Sommer

DATE: 11/18/14

Date Issued: 11/19/14

Morris Hill, Senior Deputy
Name
Office of County Counsel
Address
1600 Pacific Highway, Room 355

San Diego, CA 92101 (619) 531-4877
Telephone

K:\COMMON\CSA\FORMS\PRAECIPE.WPD April 11, 2000 (1:56pm)